

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:     In the Interest of J.J.D.W., J.D.W., J.J.F.W., J.L.W., J.L.J.W. aka
                         J.L.J.W. v. Department of Family and Protective Services

Appellate case number:   01-19-00434-CV

Trial court case number: 2016-44860

Trial court:             308th District Court of Harris County

      Appellee's motion for extension of time to file its appellate brief is GRANTED.

Appellee's brief is due Monday, September 30, 2019.


      It is so ORDERED.


Judge's signature: __/s/ Russell Lloyd_____
                         Acting individually


Date: ___September 17, 2019_____